**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF GEORGIA**
**ATLANTA DIVISION**

| | | |
|---|---|---|
| **ELIE NJEM,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **CIVIL ACTION FILE** |
| **v.** | ) | |
| | ) | **No. _____** |
| **FACEBOOK, Inc.** | ) | |
| | ) | |
| **Defendant.** | ) | |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441, and 1446, Defendant Facebook, Inc.

("Facebook") hereby submits this Notice of Removal ("Notice") of the above-

captioned matter from the Gwinnett County Superior Court, where it was pending

as Case No. 20-A-00026-4, to the United States District Court for the Northern

District of Georgia.  Removal is based upon diversity jurisdiction.  In support of

this Notice, Facebook shows the Court as follows.

This Court has original jurisdiction over this action under 28 U.S.C.

§ 1332(a) because there is complete diversity of citizenship between all parties and

the amount in controversy exceeds $75,000, exclusive of interest and costs.  This

Notice is being filed within 30 days after Facebook received Plaintiff's amended

complaint, which for the first time evidenced a removable dispute.  *See* 28 U.S.C. § 1446(b)(3).

## I.      State Of The Case

### 1.

On January 2, 2020, pro se Plaintiff Elie Njem filed a complaint and associated "Annex" (the "Original Complaint") in the Superior Court of Gwinnett County, Georgia, entitled *Elie Njem, an individual, v. Facebook Corporation Service Company, and Does 1 through 10, inclusive*, as Case Number 20-A-00026-4 (the "State Court Action").  *See* Decl. of Bryn Williams ("Williams Decl.") ¶ 2.

### 2.

Facebook filed an Answer and Motion to Dismiss on February 24, 2020. Williams Decl. ¶ 3.

### 3.

On June 23, 2020, the Honorable Randy Rich of the Gwinnett County Superior Court ordered Plaintiff to respond to Facebook's Motion to Dismiss no later than July 22, 2020.  Williams Decl. ¶ 4.

4.

On July 22, 2020, Plaintiff, through counsel, filed an Amended Complaint.
Williams Decl. ¶ 5.

## II.    Diversity Jurisdiction Under 28 U.S.C. § 1332(a)

5.

This Court has jurisdiction over this matter under 28 U.S.C. § 1332(a)
because there is complete diversity of citizenship between Plaintiff and Defendant
and more than $75,000 is at stake.

6.

Plaintiff Elie Njem is a citizen of Georgia.  According to Plaintiff's Original
Complaint, since at least October 2, 2019 he has resided at 2585 Falcon Creek
Court, Suwanee, GA 30024 and has a Georgia phone number.  *See* Williams Decl.
¶ 6; *Roe v. Michelin N. Am., Inc.*, 613 F.3d 1058, 1061–62 (11th Cir. 2010)
(district courts may make "reasonable deductions, reasonable inferences, or other
reasonable extrapolations from the pleadings to determine whether it is facially
apparent that a case is removable").  Moreover, publicly accessible information
demonstrates that he has resided in Georgia for at least 21 years and works at
Michel's Salon and Day Spa in Duluth, GA.  Williams Decl. ¶¶ 8-9; *see Duff v.
Beaty*, 804 F. Supp. 332, 334 (N.D. Ga. 1992) ("A presumption exists that a

person's domicile continues until that party proves that his/her domicile has
changed.").

7.

Facebook is a Delaware corporation headquartered in Menlo Park,
California.  Williams Decl. ¶ 10.  Facebook is a citizen of Delaware and California.
*See* 28 U.S.C. § 1332(c).  Therefore, there is complete diversity of citizenship
between Plaintiff and Defendant in this action.

8.

Plaintiff seeks damages in an amount "not less than $500,000."  Williams
Decl. ¶ 11.  Thus, well over $75,000 is in controversy, and the jurisdictional
threshold under 28 U.S.C. § 1332(a) is satisfied.

9.

Because diversity exists and the amount in controversy exceeds $75,000,
this Court has jurisdiction under 28 U.S.C. § 1332(a).

**III.   <u>All Procedural Requirements For Removal Have Been Satisfied</u>**

10.

Pursuant to 28 U.S.C. § 1446(a), a true and correct copy of all of the
process, pleadings, orders, and documents from the State Court Action which have

been served upon Facebook are being filed with this Notice.  Facebook will file copies of any other documents on file in the State Court Action within 30 days.

## 11.

Plaintiff's Original Complaint consisted of a list of 10 bullet points styled as "accusations" and included a demand for damages in an "amount to be determined by jury."  *See* Williams Decl. Ex. 1.  The Original Complaint was not removable because the amount in controversy was not apparent.

## 12.

The case became removable no earlier than July 22, 2020, when Plaintiff, through counsel, filed his Amended Complaint and included a demand for damages in an amount "not less than $500,000."  *See* Williams Decl. ¶¶ 5, 11, Exhibit 6.

## 13.

This Notice has been filed within 30 days of the date that the case became removable.  Removal is therefore timely in accordance with 28 U.S.C. § 1446(b).

## 14.

Venue is proper in this Court pursuant to 28 U.S.C. §§ 1441(a) and 1446(a) because the Northern District of Georgia, Atlanta Division is the federal judicial

district and division embracing the Georgia Superior Court where the State Court

Action was originally filed.

### IV.    All Defendants Consent To Removal

15.

This Notice is filed by the sole Defendant in the State Court Action, and

therefore the permission and consent requirement is satisfied.

### V.    Defendant Will Promptly File The Notice With The State Court

16.

In accordance with 28 U.S.C. § 1446(d), promptly after filing this Notice,

Facebook will serve this Notice on Plaintiff and will file this Notice with the Clerk

of the Superior Court of Gwinnett County, Georgia.

### VI.    Reservations And Requests

17.

Facebook reserves the right to supplement or amend this Notice as

appropriate.

18.

If any question arises as to the propriety of the removal of this action,

Facebook respectfully requests the opportunity to file a brief in support of his

position that the State Court Action is properly removed.  *See Sierminski v.*

*Transsouth Fin. Corp*, 216 F.3d 945, 949 (11th Cir. 2009) (post-removal evidence in assessing removal jurisdiction generally may be considered by the Court).

19.

In filing this Notice, Facebook does not waive any objections to service, jurisdiction, venue, or any other defenses it may have to this action. Facebook intends no admission of fact, law, or liability by this Notice and expressly reserves all defenses, motions, and/or pleas.

WHEREFORE, Facebook prays that the above-entitled action be removed from the Superior Court of Gwinnett County to the United States District Court for the Northern District of Georgia, Atlanta Division and that this Court enter such further orders as may be necessary to accomplish the requested removal and promote the ends of justice.

Respectfully submitted this 14th day of August, 2020.

**Jeffrey D. Horst**
Jeffrey D. Horst
Georgia Bar Number: 367834
Josh I. McLaurin
Georgia Bar Number: 169227
*Attorneys for Facebook*
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
Suite 3250, One Atlantic Center
Atlanta, GA 30309
Telephone: (404) 888-9700

horst@khlawfirm.com
mclaurin@khlawfirm.com

8

## **<u>CERTIFICATE OF COMPLIANCE</u>**

Pursuant to Local Rule 7.1D, the undersigned counsel hereby certifies that the foregoing **NOTICE OF REMOVAL** complies with the font and point selections approved by the Court in Local Rule 5.1C. This document was prepared on a computer using Times New Roman font (14 point).

Respectfully submitted this 14th day of August, 2020.

**<u>Jeffrey D. Horst</u>**
Jeffrey D. Horst
Georgia Bar Number: 367834
Josh I. McLaurin
Georgia Bar Number: 169227
*Attorneys for Facebook*
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
Suite 3250, One Atlantic Center
Atlanta, GA 30309
Telephone: (404) 888-9700
horst@khlawfirm.com
mclaurin@khlawfirm.com

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that I have this day filed the foregoing **NOTICE OF REMOVAL** by using the Court's CM/ECF filing system which will automatically send service copies and by depositing the same in the United States mail in a properly addressed envelope with adequate postage affixed thereon to ensure delivery to the following attorneys of record:

Kerry Hand
4411 Suwanee Dam Road, Suite 820
Suwanee, GA 30024
678-824-2112
kerryhand@gmail.com

This 14th day of August, 2020.

<u>**Jeffrey D. Horst**</u>
Jeffrey D. Horst
Georgia Bar Number: 367834
Josh I. McLaurin
Georgia Bar Number: 169227
*Attorneys for Facebook*
KREVOLIN & HORST, LLC
1201 W. Peachtree St., NW
Suite 3250, One Atlantic Center
Atlanta, GA 30309
Telephone: (404) 888-9700
horst@khlawfirm.com
mclaurin@khlawfirm.com