Case 1:20-cv-03385-MHC   Document 5   Filed 08/14/20   Page 1 of 8

E-FILED IN OFFICE - LW
CLERK OF SUPERIOR COURT
GWINNETT COUNTY, GEORGIA
**20-A-00026-4**
**7/22/2020 5:04 PM**

CLERK OF SUPERIOR COURT

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

ELIE NJEM,

PLAINTIFF

V.                                              CASE NO. 20-A-00026-4

FACEBOOK, INC.

DEFENDANT

RESPONSE TO MOTION AND AMENDED COMPLAINT

COMES NOW PLAINTIFF, Elie Njem, who files this Response to Defendant's Motion to Dismiss and Amended Complaint, showing the Court the following:

1.

Defendant Facebook, Inc. (FB)is a duly registered corporation that is subject to jurisdiction of the Courts of the State of Georgia as a result of extensive business activities in this State.

2.

Defendant was erroneously named due to the clerk incorrectly noting the name as Facebook Corporation Services Company, when in fact the original complaint correctly named Facebook and then listed Corporation Service Company underneath and simply failed to note that they were the registered agent.  The defendant is fully and correctly named herein and may be reserved if such is

determined to be necessary by the Court. Other deficiencies related to a lack of clarity as to the actual complaints of Plaintiff are addressed herein.

3.

On or about June 19, 2019, Plaintiff purchased a series of domain names through GoDaddy.com. Among these domain names were a series of names that included the word "facebook" at the beginning, middle, or end of the website address.

4.

Thereafter, on or about October 2, 2019, Defendant sent a cease and desist letter to Plaintiff and demanded possession of the various websites (Exhibit A). In said letter, FB asserted that Plaintiff had purchased the domain names as an act of trademark infringement, and demanded surrender of said sites to Defendant.

5.

Thereafter, when Plaintiff did not immediately comply with FB's demands, FB sued Plaintiff through the WIPO court and ultimately used their laws to compel GoDaddy.com to transfer the disputed domain names to FB.

COUNT 1

UNJUST ENRICHMENT

6.

Paragraphs 1-5 are realleged as if restated in full.

7.

FB, by waiting for individuals such as the Plaintiff to purchase domain names containing some reference or connection to Facebook, lazily gains control of domain names that may reflect popular events, places, things, or people without having to expend any effort or funds in determining which site names might become valuable for one reason or another.

8.

FB, by using the power of the WIPO courts to seize disputed domain names, gains a commercial benefit through the efforts of the original purchaser of the domain name.

9.

In so doing, FB is unjustly enriched at the expense of the domain name owner who has paid good consideration for said domain names and has expended time, energy, and effort in determining what domain name sites might have potential value or utility in the future.

## COUNT II

## UNFAIR TRADE PRACTICES

10.

Paragraphs 1-9 are realleged as if restated in full herein.

11.

Pursuant to Georgia's Fair Business Practices Act, all business parties in Georgia are required to conduct themselves in a fair manner in their business dealings.

12.

FB, in the instant case and numerous other similarly situated cases, routinely uses the jurisdiction of the WIPO court, an international court situated far away in Europe with laws heavily written to favor multinational corporations and similar deep pocketed entities.

13.

In the instant case and similar cases, FB intentionally allows other individuals and entities to purchase domain names that may contain some reference to "facebook" within the domain name, knowing that it can use the power of the international courts to strip the domains from those who have paid valuable consideration for them.

14.

In this case and similar cases, FB asserts, without proof, that bona fide purchasers of domain names are committing trademark infringement when said purchasers have only obtained limited rights to a website addresss for a limited time.  FB baldly asserts in its communications that bona fide purchasers are planning to leverage the facebook name with nothing more than the simple purchase of a domain name.

15.

Forcing bona fide purchasers to surrender domain names for which valuable consideration has been paid, or using the power of far-off international courts to strip said purchasers of their property on the basis of no more than simple limited ownership of a name is an unfair trade practice in that it deprives said bona fide purchasers of their property rights without any actual evidence of malfeasance. Bona fide purchasers thus lose time, money, and labor for no real reason.
WHEREFORE, Plaintiff prays that the Court enter an Order:

A. Denying Defendants Motion to Dismiss;
B. Finding in favor of Plaintiff on both counts;
C. Awarding damages in an amount to be determined, but not less than $500,000;
D. Awarding reasonable attorney's fees and costs of this action;
E. Such other and further action as the court deems appropriate.

Respectfully Submitted this 22nd day of July, 2020

___/s/ *Kerry Hand*_____

Kerry Hand, GA Bar 322831
Attorney for Plaintiff
4411 Suwanee Dam Road, Suite 820
Suwanee, GA 30024
678-824-2112 (p)
888-550-6112 (f)
kerryhand@gmail.com

IN THE SUPERIOR COURT OF GWINNETT COUNTY

STATE OF GEORGIA

ELIE NJEM,

PLAINTIFF

V.                                           CASE NO. 20-A-00026-4

FACEBOOK, INC.

DEFENDANT

Certificate of Service

The undersigned hereby certifies that he is over the age of 18, not a party to this action, and has served a copy of the foregoing Response to Motion to Dismiss and Amended Complaint upon Defendant's counsel at:

Krevolin & Horst, LLC
1201 W. Peachtree St NW
Suite 3250
Atlanta, GA 30309

___/s/ *Kerry Hand*_____
Kerry Hand, GA Bar 322831
Attorney for Plaintiff
4411 Suwanee Dam Road, Suite 820
Suwanee, GA 30024
678-824-2112 (p)
888-550-6112 (f)
kerryhand@gmail.com

Civil Action No. **20-A-00026-4**

Date Filed **7-24-2020**

Magistrate Court ☐
Superior Court ■
State Court ☐
Georgia, Gwinnett County

Attorney's Address
**4411 Suwanee Dam Road
Suite 820 Suwanee GA
30024**

Name and Address of party to be served.
**FaceBook Inc. C/O CSC
40 Technology Pkwy
South, Norcross, Ga
30092**

**ELIE NJEM**
vs.
Plaintiff

**FaceBook, inc**
Defendant

RECEIVED 2020 JUL 24 PM 4:38 CIVIL DIV. G.C.S.O.

Garnishee

### Sheriff's Entry Of Service

**Personal** ☐
I have this day served the defendant _____ personally with a copy of the within action and summons.

**Notorious** ☐
I have this day served the defendant _____ by leaving a copy of the action and summons at his most notorious place of abode in this County.
Delivered same into hands of _____ described as follows
age, about _____ years; weight, about _____ pounds; height, about _____ feet and _____ inches; domiciled at the residence of defendant.

**Corporation** ☒
Served the defendant **Facebook Inc.** a corporation
by leaving a copy of the within action and summons with **Alisha Smith**
in charge of the office and place of doing business of said Corporation in this County.

**Tack & Mail** ☐
I have this day served the above styled affidavit and summons on the defendant(s) by posting a copy of the same to the door of the premises designated in said affidavit, and on the same day of such posting by depositing a true copy of same in the United States Mail, First Class in an envelope properly addressed to the defendant(s) at the address shown in said summons, with adequate postage affixed thereon containing notice to the defendant(s) to answer said summons at the place stated in the summons.

**Non Est** ☐
Diligent search made and defendant _____
not to be found in the jurisdiction of this Court.

This **27** day of **July**, 20**20**

M.E. Dial 501763

Deputy 501763
Gwinnett County, Georgia

Sheriff Docket _____ Page _____

WHITE: Clerk     CANARY: Plaintiff / Attorney     PINK: Defendant

SC-2 Rev.3.13

# Gwinnett County Sheriff's Office
## Cover Sheet



**Sheriff #:**  20019631

**Person Served:**  FACEBOOK CORP SERVICE COMP
40 TECHNOLOGY PARKWAY SOUTH
NORCROSS GA 30092
PHONE:

## Process Information:

| | |
|---|---|
| Date Received: | 07/24/2020 |
| Assigned Zone: | 40 Technology |
| Expiration Date: | |
| Paper Types: | Complaint |
| Notes/Alerts: | |

Court Case #:  20-A-00026-4
Hearing Date:

**Notes:**